STELLA OLEYARZ, PETITIONER-PETITIONER, v. BOTANY MILLS, INC., RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Cohen & Cammelieri* and *Mr. Aaron Gordon* for the petitioner.

*Mr. Edward B. Meredith* for the respondent.

February 20, 1956.   Denied.